UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **DARRELL WILLIAMS** | **CASE NO. 2:22-CV-04504** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **STATE FARM FIRE AND CASUALTY COMPANY ET AL** | **MAGISTRATE JUDGE LEBLANC** |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering that there were no objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this matter is **DISMISSED** for failure to prosecute pursuant to Federal rule of Civil Procedure 41(b).

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (Doc. 17) is **DENIED** as **MOOT.**

**THUS DONE AND SIGNED** in Chambers on this 3rd day of September, 2024.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE